624

360 A.2d 656
COMMONWEALTH
v.
TAYLOR, Appellant.

Submitted February 17, 1976. T. Max Hall, and McNerney, Page, Vanderlin & Hall, for appellant; Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 637
COMMONWEALTH
v.
TAYLOR, Appellant.

Submitted September 10, 1975. Thomas J. McGrath and George Gershenfeld, for appellant; Mark Sendrow, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Appellant's sentence of 11½ to 23 months' imprisonment is affirmed. However, it is directed that the above sentence is to run concurrently with any prior sentence of imprisonment for which appellant was incarcerated at the time the 11½ to 23 months' sentence was imposed. *See* Pa.R.Crim.P. 1406 (a).